# Third District Court of Appeal

## State of Florida

Opinion filed April 23, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1365
Lower Tribunal No. 23-28580-CA-01
_____

**Carlos Rafael Saez Dorta, et al.,**
Appellants,

vs.

**Robert M. Perez, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, William Thomas, Judge.

George J. Vila; Richard J. Diaz; and Eaton & Wolk, PL, and Douglas F. Eaton, for appellants.

Ellsworth Law Firm, P.A., and Sean M. Ellsworth, for appellee Robert M. Perez.

Before EMAS, LOBREE and GOODEN, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Steele v. Kehoe</u>, 747 So. 2d 931 (Fla. 1999); <u>see also</u> <u>Trejo v. Golembe</u>, 86 So. 3d 1239 (Fla. 3d DCA 2012); <u>Georganas-Kesselman v. Sheppard</u>, No. 4:01cv98-RH, 2002 WL 34519639 (N.D. Fla. Mar. 27, 2002).